**96–1808.  Lucas Cty. Bd. of Commrs. v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 94–1964–EL–CSS, 95–1063–EL–AIS, 95–1139–EL–COI, 95–1140–EL–COI, 95–299–EL–AIR, 95–300–EL–AIR, 95–386–EL–AAM and 95–387–EL–AAM.  On motion to dismiss of Toledo Edison Company.  Motion granted and cause dismissed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., not participating.

**96–1889.  Kaptur v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 94–1964–EL–CSS, 95–1063–EL–AIS, 95–1139–EL–COI, 95–1140–EL–COI, 95–299–EL–AIR, 95–300–EL–AIR, 95–386–EL–AAM and 95–387–EL–AAM.  On motion to dismiss of Toledo Edison Company.  Motion granted and cause dismissed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., not participating.

**96–2007.  State ex rel. McArthur v. Peters.**

In Mandamus.  On answer of respondent and on motion for judgment on pleadings.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2091.  State ex rel. Reese v. Mengel.**

In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2093.  State ex rel. Lesser v. Thompson.**

In Procedendo.  On motion to dismiss or, in the alternative, motion for summary judgment.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2097.  Smith v. Tubbs Jones.**

In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2103.  Ohio Suburban Water Co. v. Lineman.**

In Prohibition.  On respondent's motion to dismiss, motion for leave to intervene by Miami County and Industrial Water, Inc., and intervenors' motion to dismiss.  Motions to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2147.  State ex rel. Jalowiec v. Court of Appeals of Ohio Ninth Judicial Dist.**

In Mandamus.  On answer of respondent and on motion to dismiss or for judgment on the pleadings.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2149.  State ex rel. Brown v. Ohio Adult Parole Auth.**

In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2156.  State ex rel. Weakley v. Ninth Dist. Court of Appeals.**

In Mandamus.  On answer of respondent Ninth District Court of Appeals and on motion to dismiss or for judgment on the pleadings by Ninth District Court of Appeals.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2161.  Hamm v. Bowman.**

In Mandamus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2177.  State ex rel. Houston v. Ohio Adult Parole Auth.**

In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss